AO 442 (Rev. 11/11) Arrest Warrant

10104011

## UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 21 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

| United States of America | )  | |
| v. | ) | |
|  | ) | Case No.   2:16-mj-443-GWF |
| MICHAEL STEVEN SANDFORD | ) | |
|  | ) | |
|  | ) | |
| _Defendant_ | ) | |

I attest and certify on 6-20-16 that
this is a full true and correct copy of the
original document.

GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

____ Deputy

____ Secretary

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   MICHAEL STEVEN SANDFORD                     ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ☑ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(4)  –  Act of Violence on Restricted Grounds

Date: June 20, 2016

/S/   **GEORGE FOLEY, JR.**
_Issuing officer's signature_

City and state:   Las Vegas, Nevada

**GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE**
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 6/20/2016 , and the person was arrested on _(date)_ 6/18/2016 |
| at _(city and state)_ Las Vegas, NV . |

Date: 6-20-16

/S/
_Arresting officer's signature_

Joseph L. Hall   Special Agent
_Printed name and title_