DANIEL G. BOGDEN
United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd S., Suite 1100
Las Vegas, Nevada 89101
702-388-6336
jared.l.grimmer@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL STEVEN SANDFORD,<br><br>Defendant. | Case No: 2:16-cr-198<br><br>**CRIMINAL INDICTMENT**<br><br>**VIOLATION:**<br><br>18 U.S.C. § 922(g)(5) and 924(a)(2) –<br>Illegal Alien in Possession of a Firearm<br><br>18 U.S.C. § 1752(a)(2) and (b)(1)(A) –<br>Impeding or Disrupting Government Business or Functions |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT 1</u>
(Illegal Alien in Possession of a Firearm)

On or about June 17, 2016, in the State and Federal District of Nevada,

MICHAEL STEVEN SANDFORD,

defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly possess a firearm; to wit: a Glock 9 millimeter handgun bearing an unknown serial number, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## COUNT 2
(Illegal Alien in Possession of a Firearm)

On or about June 18, 2016, in the State and Federal District of Nevada,

MICHAEL STEVEN SANDFORD,

defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly possess a firearm; to wit: a Glock 9 millimeter handgun bearing serial number VUH314, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## COUNT 3
(Impeding and Disrupting Government Business Official Functions)

On or about June 18, 2016, in the State and Federal District of Nevada,

MICHAEL STEVEN SANDFORD,

defendant herein, did knowingly and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building where Donald J. Trump, who was then receiving protection from the United States Secret Service, was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and an official function, by attempting to seize a police officer's handgun, and, during and in relation to the offense, did use a firearm, to wit: a Glock 9 millimeter handgun.

All in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A).

////
////
////

1 | **DATED**: this 29th day of June, 2016.

2 | **A TRUE BILL:**

3

4 | /S/
FOREPERSON OF THE GRAND JURY

5 | DANIEL G. BOGDEN
United States Attorney

6

7

8 | JARED L. GRIMMER
Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3