


# SENTENCING EXHIBITS U.S.A. vs. MICHAEL STEVEN SANDFORD 2:16-CR-0198-JCM

U.S.A.
VS.
MICHAEL STEVEN SANDFORD

2:16-CR-0198-JCM

12/13/2016

# Personal Statement

Dated 12 Dec 2016.

My son Michael has always been my world. After the deaths of my brother and father in my childhood, he was a welcome addition to the family – the only male. He was cherished and adored, and even though from very early on he endured health problems, he was a joy. Quiet and gentle – with a love of all animals and the most fun, quirky sense of humour. He was very creative, and loved his family. As he developed, so did his problems – and they carried on escalating. No mother wants to see their child sectioned at such a young age as Michael was, but his problems were all encompassing and he was self destructing on a path to death. When his little sister came along – he was amazingly supportive given his problems – and as loving and caring as he had always been to

his family.

On 18th June, Michael attempted to do a very bad thing – but he has never been a bad person – quite the contrary – as all those who knew him over the years will verify, but all his life Michael has been at the mercy of increasing, developing illnesses that he has struggled with immensely but bravely. He has been a tormented, afflicted soul and been constantly at war with himself, but through his darkest moments his true personality shone through. His defining characteristics were his delightful sense of humour and being a sweet, loving and sensitive son. He has found the world so difficult at times to comprehend, yet he has always remained polite, well mannered, kind, considerate, courteous and gentle. He is fondly remembered and held in high regard by those who knew

him, and so many sympathise with his plight, and realise a mainstream US prison thousands of miles from home, is the wrong place for him. He needs to be back in the UK where he can receive psychiatric care and have thee love, support - and most importantly - visits from his family to aid his rehabilitation. It is currently costing us about £1000 $ a month, mostly in phonecalls, often through my night time due to the 8 hour difference. The worry and stress and financial hardship on this family have been immense - yet we will not turn our backs on him. He is part of this family. We need him - and he needs us. His health and psychiatric problems took such a toll on him eventually that he succumbed - a price for which he has been paying ever since. Please find it in your heart to be compassionate

Thankyou, and thankyou for taking the time to read and digest this statement.

With greatest respect
Lynne Sandford.
- Michaels Mother.


T AN


YO

Dear Brenda,

Thankyou ever so much for everything you have done for me. I greatly appreciate it. Thankyou once again.

Best wishes

Michael Sandford