10 January 2017                                    RH4 3AX
                                                   ENGLAND.

Dear Mr. Mahan,

    I hope you do not mind my writing to you — and hope it is not inappropriate. I am Lynne Sandford — the Mother of Michael Sandford (the 20 year old with autism from Britain — with regards to the Donald Trump rally!)

    I wanted to thankyou for the fairness you exhibited to Michael at his sentencing on 14 Dec — and the way you approached his case and difficulties. You were very empathetic to the extent of his old — and new — health conditions, and showed a very wise manner and understanding of what led to this very unfortunate set of circumstances. Michaels lawyers were first class, as was Dr. Roitmans comprehensive psychiatric report — and Brian Blevins probation report. I am just fortunate and relieved that people could see past what Michael did and understand he is not a bad person at heart. I think it is very tragic that his life had to spiral to this for him to get the help

he needs. He is indeed a very fortunate young man that he was not killed — or spending many years behind bars.

Michael will see in his 21st birthday in prison — but has taken this opportunity to really evaluate his life and realise what's important, and will start afresh upon his release and rebuild his life. He has a lot of potential and we will do everything we can, as always, to support and guide him.

Your compassion, wisdom and understanding of Michaels case is enormously appreciated.

Thankyou.
Sincerest wishes
Lynne Sandford.



Judge James. C. Mahan c/o
Lloyd D. George - U.S Federal Courthouse
333 Las Vegas Boulevard South
Suite 2058
Las Vegas
NV 89101
U.S.A.